IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SEASON STAVLO,

                Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

                Defendant.

ORDER

14-cv-631-wmc

---

Pursuant to a joint stipulation for remand (dkt. #14) filed by the parties on May 11, 2015, IT IS HEREBY ORDERED that this matter is remanded to the Commissioner pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). The clerk of court is directed to enter judgment accordingly.

Entered this 11th day of May, 2015.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge