IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SEASON STAVLO,

    Plaintiff,                                  JUDGMENT IN A CIVIL CASE

    v.                                         Case No. 14-cv-631-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

    This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the joint motion for judgment reversing the Commissioner's decision is granted and this case is remanded pursuant to sentence four of 42 U.S.C. § 405(g).


    s/V. Olmo, Deputy Clerk                             5/11/2015
    Peter Oppeneer, Clerk of Court                      Date