IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SEASON STAVLO,

    Plaintiff,                      JUDGMENT IN A CIVIL CASE

v.                                    Case No. 14-cv-631-wmc

CAROLYN W. COLVIN,
Commissioner of Social Security

    Defendant.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered awarding plaintiff attorney fees in the amount of $4,850.00 under the Equal Access to Justice Act.

s/V. Olmo, Deputy Clerk                              6/18/2015

Peter Oppeneer, Clerk of Court                        Date